**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8242**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RANDY SCOTT RADER,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Chief District Judge.  (1:04-cr-00071-jpj-1)

_____

Submitted:  March 16, 2010        Decided:  March 24, 2010

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randy Scott Rader, Appellant Pro Se.  Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Scott Rader appeals the district court's order denying his 28 U.S.C. § 3582 (2006) motion for a reduction in sentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rader, No. 1:04-cr-00071-jpj-1 (W.D. Va. Nov. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED